

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-24-00194-CR

EX PARTE JUAN THOMAS GARZA

ORIGINAL PROCEEDING

June 4, 2024

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Juan Thomas Garza, proceeding pro se, filed a document with this Court titled "Motion for Injunction Relief." Therein, he requests dismissal of his pending criminal charges and release from the Lubbock County Detention Center. We have construed the document as a pretrial application for writ of habeas corpus.

Intermediate courts of appeals do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d) (limiting original habeas jurisdiction of intermediate appellate courts to civil cases); *Ex parte Hawkins*, 885 S.W.2d 586, 588–89 (Tex. App.—El Paso 1994, orig. proceeding) (per curiam). That jurisdiction instead rests with the Court of Criminal Appeals, the district courts, and the county courts.

*See* TEX. CODE CRIM. PROC. ANN. arts. 11.05, 11.08, 11.09; *Ex parte Hawkins*, 885 S.W.2d at 588.

Consequently, we dismiss Garza's application for writ of habeas corpus for want of jurisdiction.

Per Curiam

Do not publish.